BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00488 JAM |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| JEFF HOFOSAUNI TATUPU ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Jeff Hofosauni Tatupu, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Jeff Hofosauni Tatupu's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   Grendel P-10, .38 caliber pistol, serial number 03019.

2. The above-listed property is a firearm that was involved or used in the knowing commission of a violation of 18 U.S.C. § 922(g)(1).

1       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2  designee) shall be authorized to seize the above-listed property.
3  The aforementioned property shall be seized and held by the
4  Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its
5  secure custody and control.
6       4.   a.   28 U.S.C. § 2461(c), incorporating  21 U.S.C. §
7  853(n), and Local Rule 171, the United States shall publish
8  notice of the order of forfeiture.  Notice of this Order and
9  notice of the Attorney General's (or a designee's) intent to
10 dispose of the property in such manner as the Attorney General
11 may direct shall be posted for at least 30 consecutive days on
12 the official internet government forfeiture site
13 www.forfeiture.gov.  The United States may also, to the extent
14 practicable, provide direct written notice to any person known to
15 have alleged an interest in the property that is the subject of
16 the order of forfeiture as a substitute for published notice as
17 to those persons so notified.
18            b.   This notice shall state that any person, other than
19 the defendant, asserting a legal interest in the above-listed
20 property, must file a petition with the Court within sixty (60)
21 days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.
25      5.   If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final
27 ///
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 7th day of February, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge