```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. 2:11-CR-00488-JAM
                                 )
12          Plaintiff,            )   FINAL ORDER OF FORFEITURE
                                 )
13       v.                       )
                                 )
14  JEFF HOFOSAUNI TATUPU,        )
                                 )
15          Defendant.            )
                                 )
16
17       WHEREAS, on February 8, 2012, this Court entered a Preliminary
18  Order of Forfeiture pursuant to the provisions of 18 U.S.C. §
19  924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea agreement
20  entered into between plaintiff and defendant Jeff Hofosauni Tatupu
21  forfeiting to the United States the following property:
22          a)  Grendel P-10, .38 caliber pistol, serial number
                03019.
23
24       AND WHEREAS, beginning on February 14, 2012, for at least 30
25  consecutive days, the United States published notice of the Court's
26  Order of Forfeiture on the official internet government forfeiture
27  site www.forfeiture.gov.  Said published notice advised all third
28  parties of their right to petition the Court within sixty (60) days
```

1  from the first day of publication of the notice for a hearing to
2  adjudicate the validity of their alleged legal interest in the
3  forfeited property;
4      AND WHEREAS, the United States attempted direct written notice
5  or sent direct written notice by certified mail to Andrew Ivy;
6      AND WHEREAS, the Court has been advised that no third party has
7  filed a claim to the subject property, and the time for any person
8  or entity to file a claim has expired.
9      Accordingly, it is hereby ORDERED and ADJUDGED:
10     1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28
13 U.S.C. § 2461(c), to be disposed of according to law, including all
14 right, title, and interest of Jeff Hofosauni Tatupu.
15     2.  All right, title, and interest in the above-listed property
16 shall vest solely in the name of the United States of America.
17     3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
18 shall maintain custody of and control over the subject property
19 until it is disposed of according to law.
20     SO ORDERED this 7th day of May, 2012.
21
22                          /s/ John A. Mendez
                            JOHN A. MENDEZ
23                          United States District Court Judge